IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CINDY L. LITTON )
) No. 2-12-0112
v. )
)
ALL CARE PLUS, INC. d/b/a )
Quality Home Health )

O R D E R

The plaintiff's consent motion to extend expert disclosure deadlines (Docket Entry No. 11) is GRANTED.

The July 1, 2013, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to August 1, 2013.

The August 1, 2013, deadline for the defendant to serve Rule 26(a)(2) expert disclosures is extended to September 3, 2013.

The September 1, 2013, deadline for the plaintiff to serve rebuttal expert disclosures, if necessary, is extended to October 1, 2013.

In addition to those deadlines provided in the order entered February 4, 2013 (Docket Entry No. 9), the parties shall have until December 3, 2013, to file any discovery motions.

Further, the December 1, 2013, deadline for completion of all fact and expert discovery is extended to December 2, 2013. The February 4, 2013, order also provided that all written discovery shall be completed by December 1, 2013. Unless otherwise ordered after any motion filed within 14 days of entry of this order, that provision in the February 4, 2013, order means that all written discovery shall be served in sufficient time so that responses are served no later than December 2, 2013.

Except as modified herein, the deadlines provided in the February 4, 2013, order remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge