IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CINDY L. LITTON | ) | |
| | ) | No. 2-12-0112 |
| v. | ) | |
| | ) | |
| ALL CARE PLUS, INC. d/b/a | ) | |
| Quality Home Health | ) | |

O R D E R

In accord with the order entered May 30, 2014 (Docket Entry No. 39), the parties filed a joint status report on June 4, 2014, indicating that they had agreed in principle to a mediator but were still working on the logistics of scheduling the mediation.

By July 3, 2014, the parties shall file an updated status report, indicating whether the logistical issues have been resolved and when the mediation is scheduled.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge