UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CINDY L. LITTON ) | |
| ) | |
| v. ) | NO. 2:12-00112 |
| ) | JUDGE SHARP |
| ALL CARE PLUS, INC. ) | |
| ) | |

**ORDER**

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 4 6) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE